## ANDREW FOSTER *v.* NOBLE R. PEARCY

[No. 1-577A113. Filed June 20, 1978. Rehearing denied July 24, 1978.
Transfer granted April 3, 1979.)

FERN W. YERKE, JOHN SCHWAB, ROBERT BEASLEY, TRUMAN C. TERRY,
WILMA JEAN NICHOLSON, DONALD JENNER, LOREN L. JENNER,
WILLIAM E. JENNER, MARY E. MERRYMAN, LULA A. HANCOCK,
HAROLD FANCHER, CHARLES O. MILLER, PAULINE TERRY, CONNIE
R. SUMMERS, GOLDA SCHWAB, BERDEAN BEASLEY, *v.* HOWARD
T. BATMAN, ROBERT S. BATMAN, SETH DENBO, SHELDON
J. HAWKINS, ROBERT W. POE, SCOTT S. MILLER

[No. 1-1077A242. Filed June 20, 1978. Rehearing denied August 14, 1978.
Transfer denied December 12, 1978.]

